IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ERIC D. TATE,

     Plaintiff,

v.                                                                 No. 2:20-cv-02637-MSN-tmp

FLOYD BONNER, ET AL.,

     Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *Pro Se* Complaint, (ECF No. 1), filed August 20, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Dismissing Case Without Prejudice and Assessing $400 Filing Fee, (ECF No. 5), filed October 7, 2020, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

October 7, 2020
Date